# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Virginia H. Vatter, | Adv. Proc No. 19-50354 (BLS) |
| Zhaoxia Zeng, | Adv. Proc No. 19-50355 (BLS) |
| Shuang Huo, | Adv. Proc No. 19-50592 (BLS) |
| Tommy D. Trout, Janet K. Trout | Adv. Proc No. 19-50734 (BLS) |
| Sumner Abramson, | Adv. Proc No. 19-50740 (B LS) |
| Nanci Braun, | Adv. Proc No. 19-50742 (BLS) |
| James A. Duda, | Adv. Proc No. 19-50774 (BLS) |
| Christopher F. Capuano, Sarah E. Capuano, | Adv. Proc No. 19-50778 (BLS) |
| Lavenia Haskett, Troy Haskett, | Adv. Proc No. 19-50877 (BLS) |
| Janet G. Dahlen, Michael K. Dahlen, | Adv. Proc No. 19-50882 (BLS) |
| NAA Insurance Agency, Corp., | Adv. Proc No. 19-50990 (BLS) |
| The Boylan Group, Inc., John Boylan, | Adv. Proc No. 19-50991 (BLS) |
| Defendants. | **Ref. Docket No. 4629** |

## AFFIDAVIT OF SERVICE

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

STATE OF NEW YORK    )
                                           ) ss.:
COUNTY OF NEW YORK  )

I, Sharna Wilson, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 5, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on April 7, 2021 at 10:30 A.M. (Prevailing Eastern Time) before the Honorable Brendan L. Shannon," dated April 5, 2021 [Docket No. 4629], by causing true and correct copies to be

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to the parties listed on the annexed Exhibit B, and

    c. delivered via facsimile to the party listed on the annexed Exhibit C.

3. The envelope utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Sharna Wilson*
                                                                    Sharna Wilson

Sworn to before me this
8th day of March, 2021
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ANNE & EDWARD MANOOGIAN | 106 WEST CORAL FISH LN | | | | JUPITER | FL | 33477 |
| CHRISTOPHER & SARAH CAPUANO | 88 MULCAHY DR | | | | W SPRINGFIELD | MA | 01089 |
| CORUNDUM TRUST CO | R/A FOR IRA SERV TRUST CO | 401 E 8TH ST, STE 303 | | | SIOUX FALLS | SD | 57103-7032 |
| JAMES A DUDA TA | C/O DEBORAH KOLIS | 4500 TUXHORN RD | | | SPRINGFIELD | IL | 62712 |
| JANET G & MICHAEL K DAHLEN | 4815 SE SAND RD | | | | IOWA CITY | IA | 52240 |
| JOHN BOYLAN | 5408 GROVE COVE DRIVE | | | | MCKINNEY | TX | 75071-8335 |
| NAA INSURANCE AGENCY CORP | DBA ADLERS INSURANCE AGENCY | 86 E ROUTE 59 | | | SPRING VALLEY | NY | 10977 |
| NAA INSURANCE AGENCY, CORP. | ATTN: ANDY ALBRIGHT, CEO | 30 EISENHOWER AVENUE | | | SPRING VALLEY | NY | 10977 |
| NANCI BRAUN | 555 22ND CRT | | | | VERO BEACH | FL | 32962 |
| SHUANG HUO | 756 LAS LOMAS DR | | | | MILPITAS | CA | 95035 |
| SUMNER ABRAMSON RLT | 13103 SALINAS POINT WAY | | | | DELRAY BEACH | FL | 33446 |
| THE BOYLAN GROUP, INC. | ATTN: JOHN BOYLAN, R/A | 2817 COUNTRY VALLEY ROAD | | | GARLAND | TX | 75043 |
| THE NANCI BRAUN RLT DTD 06/21/10 | 20 VISTA GARDENS TRL APT 202 | | | | VERO BEACH | FL | 32962 |
| THE TOMMY D & JANET K TROUT TR | 10404 W TONOPAH DR | | | | PEORIA | AZ | 85382 |
| TROY & LAVENIA HASKETT | 3409 S MEADOW DR. | | | | INDIANAPOLIS | IN | 46239 |
| VIRGINIA H VATTER | 724 YAGER LN | | | | THE VILLAGES | FL | 32163 |
| ZHAOXIA ZENG | 10305 SINGLE OAK DRIVE | | | | BAKERSFIELD | CA | 93311-2767 |
| ZHAOXIA ZENG | 12674 CARMEL COUNTRY RD | | | | SAN DIEGO | CA | 92130 |

**EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| JAMES A DUDA TA | C/O DEBORAH KOLIS | 4500 TUXHORN RD | | | SPRINGFIELD | IL | 62712 | deborah.kolis@gmail.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

**EXHIBIT C**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | 8554251980 |